RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Teborius Gaines

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TEBORIUS GAINES,<br><br>        Defendant. | Case No. 2:14-cr-00011-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Daniel J. Cowhig, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Teborius Gaines, that the Revocation Hearing currently scheduled on June 3, 2019, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. On May 28, 2019, Mr. Gaines made his initial appearance pursuant to a Summons and Petition alleging violations of Probation. ECF No. 40. He was released on personal recognizance bond subject to his Probation conditions.

2. Mr. Gaines and defense counsel ask the Court for a continuance of the Revocation Hearing to allow more time to review the Petition allegations, prepare for the hearing, and seek a resolution with the Government and Probation.

3. The defendant is at liberty and working. He agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 30th day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00011-JCM-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | |
| TEBORIUS GAINES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Monday, June 3, 2019, at 10:30 a.m., be vacated and continued to __June 17, 2019__ at the hour of _10_:30_ _a_.m.; or to a time and date convenient to the Court.

DATED this 31st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE